# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Natasha R. Jones

Plaintiff(s),

v.

Microsoft Corporation

Defendant(s).

Case No. 22 C 3437

Judge Jorge L. Alonso

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s) and against defendant(s) in the amount of $

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s) and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☑ other: The Court grants Microsoft's motion to dismiss counts II and IV of Jones's complaint. The Court grants Jones' motion to remand [13] and remands Counts I and III to the Circuit Court of Cook County.

This action was *(check one)*:

☐ tried by a jury with Judge                     presiding, and the jury has rendered a verdict.
☐ tried by Judge                         without a jury and the above decision was reached.
☑ decided by Judge Jorge L. Alonso       on a motion to dismiss.

Date: 1/9/2023

Thomas G. Bruton, Clerk of Court

Lesley Fairley            , Deputy Clerk