

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton**  312-435-5670
Clerk

Date 1/26/2023

Iris Y. Martinez, Clerk
Circuit Court of Cook County
Richard J. Daley Center
50 W. Washington Street
Chicago, IL  60602

Re:  Jones v. Microsoft Corporation
USDC Case Number:  1:22-cv-03437
Circuit Court Case Number:  2022-CH-05145

Dear Clerk:

A certified copy of an order entered on 1/9/2023 by the Honorable Jorge L. Alonso, remanding the above-entitled case back to the Circuit Court of Cook County, Illinois is herewith transmitted to you for your files.

    Sincerely yours,
    Thomas G. Bruton, Clerk

    By: /s/ J. Galindo
        Deputy Clerk

Enclosure(s)

Rev. 10/05/2016